UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 14-1382 PSG (JPRx) | Date | December 15, 2014 |
|---|---|---|---|
| Title | Sally George, *et al.* v. United States of America, *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order DISCHARGING November 26, 2014 OSC.

    Plaintiffs filed a Complaint on August 28, 2014.  Dkt. # 1.  On November 26, 2014 the Court issued an Order to Show Cause ("OSC") to Plaintiffs why the action should not be dismissed for lack of prosecution.  Dkt. # 12.  Plaintiffs filed a proof of service of summons and complaint on December 10, 2014.  Dkt. # 20.  The Court deems this filing an adequate response to the OSC.  Consequently, the Court DISCHARGES the OSC.

    **IT IS SO ORDERED.**